**Opinion issued February 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00151-CV

———————————

### ELENA MARKOVSKY, Appellant

### V.

### CHICAGO TITLE INSURANCE COMPANY, Appellee

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-64295**

---

## MEMORANDUM OPINION

On February 9, 2015, appellant filed Appellant Elena Markovsky's Motion to Dismiss Appeal in which she states that she no longer wishes to pursue this appeal. *See* TEX. R. APP. P. 42.1(a). No opinion has issued and the certificate of

conference in the motion indicates appellee is not opposed.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a); 43.2(f).  We dismiss all other pending motions as moot.


**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.